# Third District Court of Appeal
## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2113
Lower Tribunal No. 16-9912
_____

## Eloquence on the Bay Condominium Association, Inc.,
Appellant,

vs.

## Kobi Karp Architecture and Interior Design, Inc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Becker & Poliakoff, P.A., Lilliana M. Farinas-Sabogal, and Edward C. Lohrer, for appellant.

The Barthet Firm, John C. Hanson, II, Larry L. Cook and Alexander E. Barthet; Jonathan W. Segal, P.A., and Jonathan W. Segal, for appellee.

Before FERNANDEZ, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979).